UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARTIN RACEY, KEVIN MCDONALD, GARY
WILLIAMS and ALEX ABREU, Individually and
on Behalf of All Others Similarly Situated,

      Plaintiffs,

   -against-

JAY-JAY CABARET INC. d/b/a FLASH
DANCERS, AAM HOLDING CORP. d/b/a
PRIVATE EYES, 59 MURRAY ENTERPRISES,
INC. d/b/a NEW YORK DOLLS, BARRY I.
LIPSITZ and BARRY LIPSITZ, JR., Jointly and
Severally,

      Defendants.
-----------------------------------------------------------X

Case No.: 15 CV 8228 (KPF)

**DECLARATION OF
SAMORY GREENE**

  I, Samory Greene, pursuant to 28 U.S.C. § 1746, declare upon personal knowledge and under penalty of perjury that the following is true and correct:

  1. I have worked at Flashdancers Gentlemen's Club ("Flashdancers" or the "Club") for sixteen (16) years. For the entire time I have been a floor man.

  2. I am competent in all respects to make this affidavit and am personally familiar with the facts stated herein, all of which are true and correct.

**Floor Man**

  3. A floor man is primarily someone who helps manage the club and provide customer service to customers. We bring customers to their seats, assign them a table and a waitress, show them where the coat room is and direct wait staff with regard to customers. The floor man position is, in some respects, akin to a maître d' at a restaurant. Floor men also handle security situations.

[4972-7/4947507/1]        1

**Hiring / Schedule**

4. I was hired at Flashdancers by Nunzio Bonviso.

5. When I hired I was told that there are two (2) separate shifts at Flashdancers. I was given the choice to work the day or night shift and I chose the night shift.

6. I never began a floor man shift other than at noon (for the day shift) or 8:00 p.m. (for the night shift). Floor men do not begin a floor man shift at any time other than noon or 8:00 p.m.

7. A floor man would never start at 7:30pm. Someone is already on the job from the day shift at 8pm.

8. There is no reason or need to overlap between the early shift and late shift.

9. I was told at the time I was hired that the night shift was from 8:00 p.m. until business at the Club was concluded.

10. I was never told and never thought that the night shift was between 8:00 p.m. to 4:00 a.m.

11. Over the last four (4) years, business at the Club usually concludes and I leave between 4:30 a.m. and 5:00 a.m. at latest.

12. A couple of days each week I leave at 4:30 a.m.

13. Most other days I leave at about 5:00 a.m.

14. It is very rare that I leave as late as 5:30 a.m.

15. In all the time that I worked at Flashdancers I do not ever remember leaving as late as 6:00 a.m.

16. Managers generally do not let customers stay in the Club past 4:30 a.m.

**Breaks**

17. Floor men at the Club always take meal breaks. The other floor men have their set time that they like to take for their breaks and work it out with the other floor men to make sure there is proper coverage at the Club.

18. Floor man Jean Theodore generally takes his break at 2:00 a.m.

19. Floor man Jimmy Atkinson generally takes his break between 11:00 p.m. and 1:00 a.m.

20. Floor men do not work and are not expected to work during their breaks.

Dated: April 1, 2016

_____
SAMORY GREENE

Subscribed and sworn to before me on this 1 day of April, 2016.



_____
Notary Public, in and for
the State of New York

[4972-7/4947507/1]                                3